# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ALBERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  2:12-cv-07160-DSF-CW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Parties having agreed to dismiss the claims of plaintiff Pattie Freudenberg without prejudice, and a joint stipulation of dismissal without prejudice having been submitted to the Court,

IT IS HEREBY ORDERED THAT the claims of plaintiff Pattie Freudenberg are DISMISSED without prejudice.  Each party shall bear its own costs, and no cost bill will be submitted.

Dated:  1/2/14

_____
Dale S. Fischer, U.S. District Judge